MN-305

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

In RE:

Brian D. Tjaden,    Case No. 09-33539
Chapter 7

    Debtor.

## UNCLAIMED DIVIDENDS/DISTRIBUTION LESS THAN $5.00 FOR DEPOSIT TO REGISTRY FUND

Please Check One:

☐    Unclaimed Dividends

☒    Distribution Less Than $5.00

| Name and Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| INTERNAL REVENUE SERVICE<br>PO BOX 21126<br>PHILADELPHIA, PA 19114 | 9U | 49.80 | 1.64 |
| AMERICAN INFOSOURCE LP AS AGENT FOR T MOBILE/T-MOBILE USA INC, PO Box 248848 Oklahoma City, OK 73124-8848 | 12 | 102.44 | 3.37 |

Date:    September 2, 2010

_____
Patti J. Sullivan, Trustee

RECEIVED 10 SEP -3 AM 11:15 U.S. BANKRUPTCY COURT ST. PAUL, MN